# Cristopher Buckham

#18985 Wyoming Medium
Correctional Institution

7076 Road 55F
Torrington, WY 82240

21-cv-190-F

October 1, 2010

United States District Court for the District of Wyoming
    Clerk of the Court Office
2120 Capitol Ave., Room 2131
Cheyenne, Wyoming 82001

RECEIVED
OCT 05 2021
CLERK, U.S.D.C.
CHEYENNE, WYOMING

RE: *Buckham v. Nuss*

Dear Clerk,

First, please note that I do not want to participate in electronic filing for the reasons stated in the Notice.

Enclosed please find the following documents for filing:

1) Plaintiff's Notice to Clerk of Court
2) Complaint
3) Motion for Temporary Restraining Order
4) Motion to Proceed *in forma pauperis*
5) Motion and Order for Official Service of Process

I have also enclosed an extra copy of the first page of the Complaint. Please return the cover page to me in the SASE file-stamped with the docket number.

If you need any further information, please let me know. Thank you.

Sincerely,

Cristopher Buckham

Lois Buckham #18985
WMCI
7076 Road 55F
Torrington, WY 82240

THIS IS AN UNCENSORED LETTER
FROM AN INMATE AT THE WYOMING
MEDIUM CORRECTIONAL INSTITUTION

U.S. District Court for Wyoming
Clerk of Court Office
2120 Capitol Ave, Room 2131
Cheyenne, WY 82001

US POSTAGE PAID
10/04/2021
From 82240
1 lbs 5 ozs
Zone 1

Pitney Bowes
ComPlsPrice
NO SURCHARGE
026W0004897787
9064682407

PRIORITY MAIL 2-DAY™
Estimated Delivery Date 10/06/2021
0005
C015

Inmate Buckham #18985
WMCI
7076 Road 55F
Torrington WY 82240-7771

US DISTRICT COURT FOR WYOMING
2120 CAPITAL AVE SECOND FLOOR
CHEYENNE WY 82001-3633

USPS TRACKING #
9405 5092 0212 1057 8210 16